DECKER, EXRX., ET AL., APPELLEES, *v.* CNA
INSURANCE COMPANY ET AL., APPELLANTS.

[Cite as *Decker v. CNA Ins. Co.* (1991), 61 Ohio St.3d 1201.]

(No. 90–1392—Submitted May 15, 1991—Decided June 26, 1991.)

---

*Ralph L. Oates, Scanlon & Gearinger Co., L.P.A.,* and *Timothy F. Scanlon,* for appellees.

*Gallagher, Sharp, Fulton & Norman, John B. Robertson* and *Gary L. Nicholson,* for appellants.

---

SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent and would reverse the judgment of the court of appeals.